IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

GEORGE E. AMOS                                                                                    PETITIONER

v.                                         NO. 2:07CV00109 JLH-JFF

T.C. OUTLAW, Warden,
FCI Forrest City, Arkansas                                                                    RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed summarily without prejudice.

IT IS SO ORDERED this 23d day of October, 2007.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE